UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN SHEET METAL WORKERS HEALTH AND BENEFIT FUND, MILWAUKEE AREA SHEET METAL JOURNEYMAN AND APPRENTICESHIP TRAINING FUND, and MICHAEL MOONEY, <br><br> Plaintiffs, <br><br> v. <br><br> ZIEN SERVICE INC., <br><br> Defendant. | Case No. 18-CV-272-JPS <br><br> **ORDER** |

On March 21, 2019, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs to any party, except as provided in the parties' settlement agreement. (Docket #39). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #39) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party, except as provided in the parties' Settlement and Mutual Release Agreement.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge